■ CHAYA STOLZENBERG, an Infant, by Her Mother and Natural Guardian, RIVKY STOLZENBERG, Respondent, v ST. LUKE'S-ROOSEVELT HOSPITAL CENTER et al., and NEW YORK PRESBYTERIAN HOSPITAL/COLUMBIA PRESBYTERIAN MEDICAL CENTER, Appellant. [735 NYS2d 753] —Order, Supreme Court, New York County (Stanley Sklar, J.), entered on or about May 29, 2001,

unanimously affirmed for the reasons stated by Sklar, J., without costs or disbursements. No opinion. Concur—Nardelli, J.P., Williams, Andrias, Saxe and Friedman, JJ.